UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| KRISTEN FREEMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FREDERICKSBURG FOOT & ANKLE CENTER, PLC,<br><br>    Defendant. | Case No. 3:24-cv-00028 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff KRISTEN FREEMAN, hereby gives notice that her claims in this action against Defendant FREDERICKSBURG FOOT & ANKLE CENTER, PLC are hereby voluntarily dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

Dated: February 15, 2024

By: /s/ *David Hilton Wise*
David Hilton Wise, VSB# 30828
Joseph M. Langone, VSB#43543
Willian Evans, VSB#87506
WISE LAW FIRM, PLC
10640 Page Avenue, Suite 320
Fairfax, VA 22030
Telephone: (703) 934-6377
Facsimile: (703) 934-6379
jlangone@wiselaw.pro
dwise@wiselaw.pro
wevans@wiselaw.pro

Raina C. Borrelli (*pro hac vice*)
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703

**SO ORDERED**

/s/ MHL
M. Hannah Lauck
United States District Judge

2/16/24

1

Telephone (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Joseph M. Langone, hereby certify that on February 15, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 15th day of February, 2024.

By: */s/ David Hilton Wise*
David Hilton Wise, VSB# 30828
WISE LAW FIRM, PLC
10640 Page Avenue, Suite 320
Fairfax, VA 22030
Telephone: (703) 934-6377
Facsimile: (703) 934-6379
dwise@wiselaw.pro
